**E-FILED**
Monday, 05 December, 2016  01:56:12 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| MICHELE VAN HISE, individually and on behalf of all others similarly situated, | Case No. 2:15-cv-02285-CSB-EIL |
| Plaintiff, | |
| v. | Filed Electronically |
| BLOOMIN' BRANDS INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff, Michele Van Hise, and Defendant, Bloomin' Brands Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1.      This action shall be DISMISSED, with prejudice; and

2.      No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and,

3.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

IT IS SO STIPULATED.

DATED:  December 5, 2016.


/s/ Benjamin J. Sweet

Benjamin J. Sweet
Stephanie K. Goldin
CARLSON LYNCH SWEET KILPELA &
   CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243


Matthew H. Armstrong
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd. No. 109
St. Louis, MO 63144
Tel: 314-258-0212
matt@mattarmstronglaw.com

*Attorneys for Plaintiff*

/s/ Kevin D. Johnson

Kevin D. Johnson
THOMPSON SIZEMORE GONZALEZ &
   HEARING PA
One Tampa City Center
201 N. Franklin Street, Suite 1600
Tampa, FL 33602
(813) 273-0050

Attorneys for Defendant